# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0434
LT Case Nos. 05-2011-CF-019206-A

_____

LEARTIS MCNEIL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Rachael E. Reese, of Rachael Reese, P.A., Tampa,
for Appellant.

No Appearance for Appellee.

June 9, 2026

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____